**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1373

LUCHO HUMBERTO YOUNGS,

Plaintiff - Appellant,

versus

EDWARD REILLY; JOANN L. KELLY; ANNAMARIA HAJ;
EDWARD ALLEN; DOMINIC PITTELO,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (CA-04-1112-1)

Submitted:  July 27, 2005          Decided:  August 1, 2005

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lucho Humberto Youngs, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lucho Humberto Youngs, a federal prisoner, appeals the district court's order dismissing as moot his petition filed under 28 U.S.C. § 2241 (2000). Because Youngs failed to challenge on appeal the ground on which the district relied to dismiss the petition, he has waived appellate review of that issue. See 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief."). Accordingly, we affirm. We deny Youngs' motions for appointment of counsel and for production of documents and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED